Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Central  District of California

EASTERN  Division

|  |  |
|---|---|
| Michael Jordan | Case No. |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)* | *(to be filled in by the Clerk's Office)* |
| **-v-** | Jury Trial: *(check one)*   ☐ Yes   ☒ No |
| Hannah Love a/k/a/ Hannah Jordan |  |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* |  |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Jordan |
| Street Address | 56892 Volkmann Road |
| City and County | Anza |
| State and Zip Code | California 92539 |
| Telephone Number | 505-227-6402 |
| E-mail Address | jscomm@hotmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Hannah Love a/k/a/ Hannah Jordan |
| Job or Title *(if known)* | |
| Street Address | 56892 Volkmann Road |
| City and County | Anza |
| State and Zip Code | California  92539 |
| Telephone Number | 951-551-0139 |
| E-mail Address *(if known)* | hmjordan222@hotmail.com |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number

2

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Constatution XIV amendment , sec 1 Due Process of Law
U.S. Constitution XIV amendment, sec 1 Equal Protecton of Law
42 U.S.C' sec 1983 Deparvation of Rights.
28 U.S.C. sec 2201(a)  Declaratory Relief

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*   Michael Jordan                                , is a citizen of the
        State of *(name)*   California                              .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*                                        , is incorporated
        under the laws of the State of *(name)*
        and has its principal place of business in the State of *(name)*

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

3

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)*   Hannah Love a/k/a/ Hannah Jordan   , is a citizen of
the State of *(name)*   California   . Or is a citizen of
*(foreign nation)*   .

b.   If the defendant is a corporation

The defendant, *(name)*   , is incorporated under
the laws of the State of *(name)*   , and has its
principal place of business in the State of *(name)*

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Market value of the Real Property subject of this action is In excess of $250,000.00 and the Defendant took out a personal loan in the amount of $85,000.00 using the subject Real Property as Securit ( incumbering it )

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

The Defendant is using the State Statute CC sec 1161 to bar plaintiff from challanging Defendants  Title to real property , and right to possession . The Defendants Unlawfull Detainer ( ejectment ) action is State Court is set for trial if stay is not granted . If Plaintiff attends the trial he will automatically louse unless this court tries the Constitutional Issues which will establish plaintiffs sole right to title and right to possession . clasic Goldberg v Kelly 386 F 3rd 1314 (10th Cir). Violation of Due Process .

Defendant Comitted Fraud against Plaintiff  breaching her duty to hold the title as trustee in trust for Plaintiff which is how Defendant acquired sole title to the real property the home of Plaintiff which he purchase with his own funds in 2013.

That Irrepuable injury will occur if Plaintiff is evicted with out having his Constitutional Defenses  heard First establishing his sole right to title . The injury will occur because , Plaintiff will not be and/or will be greatly hampared from prosecuting his case against dedendant with out a place to stay his home .

the Defendant will continue to comit extreme waste of the real property itself and the mobil home upon it by defendats total failure to main tain the real property fenses , grounds, and the amenities contained in the mobil home itsself . The real property is unique in that Plaintiff every since purchase in 2013 greatly made personal improvements to the real property its self by construction animal pens, facilities, for feeding etc and putting new roof , floor , painting entire structure , installing new amenities, such as dish washer , close washer, stove etc , currentely the fenses have fallen down most all the amenities do not work anymore , the floor it totally uplefted because of the severe water damages . the irreparable harm will NOT entirelly be corrected or curred soley in monatery amounts of money

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Declaratory Relief  declaring Defendant a involintarry trustee , creating a constructive trust then  Declaring plaintiff sole owner .

Declaring and finding  Defnendant comitted Fraud in promissing plaintiff that if he used his oun funds and purchased the real property and deed t soley to plaintiff she plaintiff will hold the deed in trust for his benefit  , that if after moving on to the real property he decided to sell and relocate to Texas Defendant woud convey the subject property Plaintiff.

Finding defendant also  using the trust real property as security for a personal loan violated her trustee duties t plaintifff  Therefore ordering restitution to plaintiff the $ 85,000.00 defendant acquired via the personal loan

An order that Defendant pay plaintiff  $ 22,500.00  in monatery damages to repair and or/ replace the damages real property area and its mobil home amenities.

5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information. and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          08/08/2025

Signature of Plaintiff

Printed Name of Plaintiff      Michael Jordan

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

6

## VERIFICATION

(Code of Civil Procedure, Sections 446, 2009 & 2015.5)
**_Hunt v. Superior Court_ (1999) 21 Cal. 4ᵗʰ 984, 999-1000**

STATE OF CALIFORNIA          )
                            } ss
COUNTY OF RIVERSIDE          _)

I    Michael Jordan Plaintiff    in the above-entitled  action  I  reviewed  ,read
and know the contents of my  Complaint for a civil case if U.S District Court
Central District of California     and  I certify that the same is true of my own
knowledge, except as to those matters which are therein alleged on information
and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America
and State of California that the foregoing is true and correct.

Executed on   August  8, 2025          , 2025  ,  at  Anza , California.

Declarant

Michael Jordan